## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:25-CR-138** |
| vs. | |
| CRISTIAN MANUEL TOVAR-OLIVARES and SNAIDER STHIFERSON CASTRO HIDALGO, | **ORDER FOR DISMISSAL** |
| Defendants. | |

This matter is before the Court on the Government's Motion to Dismiss pursuant to Federal Rule of Criminal Procedure 48(a). Filing 42. The Government requests leave to dismiss, without prejudice, the Indictment, Filing 28, against defendants Cristian Manuel Tovar-Olivares and Snaider Sthiferson Castro Hidalgo. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED that the Government's Motion to dismiss, Filing 42, is granted, and the Indictment, Filing 28, against defendants Cristian Manuel Tovar-Olivares and Snaider Sthiferson Castro Hidalgo is dismissed without prejudice.

Dated this 8th day of September, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge